| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle):<br>**W/C IMPORTS INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>W-C Designs | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 95-2949241 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>905 East Katella Avenue<br>Anaheim, CA<br>Zip Code **92805** | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>Zip Code |
| County of Residence or of the<br>Principal Place of Business: **Orange** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Zip Code | Mailing Address of Debtor (if different from street address):<br>Zip Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box.)

- ☐ Individual (included Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (included LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entitled, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ other

**Tax-Exempt Entity**
(Check one box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which The Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 15 for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b)

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number Of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001 – 10,000 | 10,001 – 25,000 | 25,001 – 50,000 | 50,001 – 100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **W/C IMPORTS INC.** | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Not Applicable** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit "A"** | **Exhibit "B"** |
|---|---|
| (To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b) <br><br> X _____  _____ <br> Signature of Attorney for Debtor(s)    Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br>☐ Yes, and Exhibit "C" is attached and made a part of this petition <br>☒ No. | **(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).** <br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br>If this is a joint petition: <br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
Check all applicable boxes

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certified that he/she has served the Landlord with this certification. (11 U.S.C. §362(1).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**W/C IMPORTS INC.** | FORM B1,Page 3 |
|---|---|---|

## (Signatures)

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.  [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
  (Signature of Debtor)

_____
  (Signature of Joint Debtor)

_____
Telephone and Fax Number (If not represented by attorney)

Date: _____

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition is attached

X _____
  (Signature of Foreign Representative

_____
  (Printed Name of Foreign Representative

_____
  (Date)

### Signature of Attorney

X _____
  Signature of Attorney for Debtor(s)
  Marc J. Winthrop
  Printed Name of Attorney for Debtor
  Winthrop Couchot Professional Corporation
  Firm Name
  660 Newport Center Drive, 4th Floor
  Newport Beach, CA 92660

  Telephone:  949-720-4100

  Date: September_____, 2009      Bar No. 63218

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United Stats Code, specified in this petition.

X _____
  Signature of Authorized Individual
  Patrick J. McCullagh
  Printed Name of Authorized Individual
  President
  Title of Authorized Individual
  Date: August_____, 2009

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)

_____
Address

_____

X_____

  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marc J. Winthrop– State Bar No. 63218<br>**WINTHROP COUCHOT PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100/Facsimile: (949)720-4111<br>☒ *Attorney for: Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>W/C Imports Inc.,<br><br><div align="right">Debtor.(s).</div> | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

<div align="center">

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

</div>

| ☒ | Petition, statement of affairs, schedules or lists | Dated Filed: <u>concurrently</u> |
|---|---|---|
| ☒ | Amendments to the petition, statement of affairs, schedules or lists | Dated Filed: _____ |
| ☒ | Other: _____ | Dated Filed: _____ _____ |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_Patrick J. M. Cullagh_ (signature)

_____
*Signature of Authorized Signatory of Filing Party*

Patrick J. McCullagh
_____
*Printed Name of Authorized Signature of Filing Party*

President
_____
*Title of Authorized Signature of Filing Party*

August 3/ , 2009
_____
Date

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_(signature)_

_____
*Signature of Attorney for Filing Party*

Marc J. Winthrop
_____
*Printed Name of Attorney for Filing Party*

August 3/ 2009
_____
Date

**United States Bankruptcy Court**

**Central District of California**

In re :   **W/C IMPORTS INC.**

Debtor

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Patrick J. McCullagh, the President of W/C Imports Inc., the Debtor named herein and that on August 31, 2009 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Patrick J. McCullagh, the President of W/C Imports Inc. is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of W/C Imports Inc.; and

Be It Further Resolved, that Patrick J. McCullagh, the President of W/C Imports Inc. is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Patrick J. McCullagh, the President of W/C Imports Inc. is authorized and directed to employ the law firm of Winthrop Couchot Professional Corporation to represent the Debtor in such bankruptcy case."

Executed on:  August 31, 2009

Signed: _Patrick J. McCullagh_

Patrick J. McCullagh
President
**Name and Title**

| United States Bankruptcy Court |
|---|
| **Central District of California** |

| In re :    W/C IMPORTS INC.. | Case No. |
|---|---|
| Debtor | Chapter  11 |

# Form 4.
## List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing of this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Manhattan Properties Co<br>Attn:  Corporate Officer<br>295 Fifth Avenue<br>New York, NY 10016-7103 | Manhattan Properties Co<br>Attn:  Corporate Officer<br>295 Fifth Avenue<br>New York, NY 10016-7103<br>212-685-0530<br>212-685-0857 | NY Rent | | $269,938.53 |
| K/L Anaheim Properties I LLC<br>c/o GS Mgmt/Attn:  Managing Mbr<br>5674 Sonoma Drive<br>Pleasanton, CA 94566 | K/L Anaheim Properties I LLC<br>c/o GS Mgmt/Attn:  Managing Mbr<br>5674 Sonoma Drive<br>Pleasanton, CA 94566<br>925-734-0280 | CA Rent | | $262,497.60 |
| Air Tiger Express Inc.<br>Attn:  Corporate Officer<br>1975 Charles Willard St<br>Rancho Dominguez, CA 90220 | Air Tiger Express Inc.<br>Attn:  Corporate Officer<br>1975 Charles Willard St<br>Rancho Dominguez, CA 90220<br>310-637-0198<br>310-335-1482 | Broker | | $214,179.64 |
| Hep Direct<br>Attn:  Corporate Officer<br>P.O. Box 7204<br>High Point, NC 27264 | Hep Direct<br>Attn:  Corporate Officer<br>P.O. Box 7204<br>High Point, NC 27264<br>336-861-8200 | | | $203,033.57 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Allen Matkins Leck, et al. Attn: Managing Partner 1900 Main St., Fifth Flr. Irvine, CA 92614-7321 | Allen Matkins Leck, et al. Attn: Managing Partner 1900 Main St., Fifth Flr. Irvine, CA 92614-7321 949-553-1313 949-553-8354 www.allenmatkins.com | Legal fees | | $177,487.85 |
| Strategic Stfng Alliance Inc. Attn: Corporate Officer P.O. Box 809209 Chicago, IL 60680-9209 | Strategic Stfng Alliance Inc. Attn: Corporate Officer P.O. Box 809209 Chicago, IL 60680-9209 | Warehouse staff | | $161,662.99 |
| WWRD Attn: Corporate Officer 1330 Campus Parkway Wall, NJ 07719 | WWRD 1330 Campus Parkway Wall, NJ 07719 732-938-5800 | Royalties | | $158,234.90 |
| Calvin Klein, Inc. Attn: Corporate Officer 205 W. 39th St., 4th Flr. New York, NY 10018 | Calvin Klein, Inc. Attn: Corporate Officer 205 W. 39th St., 4th Flr. New York, NY 10018 | Royalties & Pkg | | $143,368.68 |
| **CIF Attn: Corporate Officer Rm10-12,22/F Golden Busi Ctr #2028 Shennan East Road Luohu District Shenzhen China 518007** | CIF Attn: Corporate Officer Rm10-12,22/F Golden Busi Ctr #2028 Shennan East Road Luohu District Shenzhen China 518007 | | | $82,026.26 |
| 3PL Attn: Corporate Officer 2001 E. Dyer Rd. Santa Ana, CA 92705 | 3PL Attn: Corporate Officer 2001 E. Dyer Rd. Santa Ana, CA 92705 949-943-8200 949-943-8201 johncahoon@3plglobal.com | | | $71,049.88 |
| C2 Media.Com Attn: Alex Raeburn P.O. Box 100992 Atlanta, GA 30384-0992 | C2 Media.Com Attn: Alex Raeburn P.O. Box 100992 Atlanta, GA 30384-0992 646-557-6381 billing.ar@c2media.com | Banners BBB | | $70,456.83 |

MAINDOCS-#132877-v2-WCImports20Largest

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **You Bang Crftwk/Uniq Wide Corp**<br>**Atn Corp Ofcr**<br>**Gucun Industry Area, Dajing,**<br>**Houjie Town, Dongguan City,**<br>**Gaungdong Province, China** | You Bang Crftwk/Uniq Wide Corp<br>Atn Corp Ofcr<br>Gucun Industry Area, Dajing,<br>Houjie Town, Dongguan City,<br>Gaungdong Province, China<br>0769-85988062<br>0769-85988361<br>shirley@yb-wood.com | Bath Accessories | | $61,884.51 |
| Core Supply Company, LLC<br>Attn: Managing Member<br>170 Vander St., Unit G<br>Corona, CA 92880 | Core Supply Company, LLC<br>Attn: Managing Member<br>170 Vander St., Unit G<br>Corona, CA 92880<br>951-734-2321<br>951-340-9635 | Boxes/warehouse | | $58,429.61 |
| Tabletops Unlimited<br>Attn: Dar Molayem<br>23000 Avalon Blvd.<br>Carson, CA 90745 | Tabletops Unlimited<br>Attn: Dar Molayem<br>23000 Avalon Blvd.<br>Carson, CA 90745 | Royalties | | $53,035.51 |
| New Image<br>Attn: Corporate Officer<br>917 East Katella Ave.<br>Anaheim, CA 92805 | New Image<br>Attn: Corporate Officer<br>917 East Katella Ave.<br>Anaheim, CA 92805<br>victor@newimage-inc.com | | | $48,138.50 |
| **Design-45 Exports PV**<br>**Attn: Corporate Officer**<br>**F-301 Lado Sarai, M.B. Road**<br>**New Delhi, India 110 030** | Design-45 Exports PV<br>Attn: Corporate Officer<br>F-301 Lado Sarai, M.B. Road<br>New Delhi, India 110 030 | Bedding | | $45,609.00 |
| **Hsin-Yin Pottery Atn Corp Ofcr**<br>**Zhong Dun Indus Area**<br>**Bai Zha Humen, Dongguan City**<br>**Guangdong, China** | Hsin-Yin Pottery Atn Corp Ofcr<br>Zhong Dun Indus Area<br>Bai Zha Humen, Dongguan City<br>Guangdong, China<br>0769-85552855<br>0769-85727568 | Bath Accessories | | $43,900.00 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Trivista Asia Group, LLC<br>Attn: Managing Member<br>31461 Rancho Viejo Rd., #202<br>San Juan Capistrano, CA 92675 | Trivista Asia Group, LLC<br>Attn: Managing Member<br>31461 Rancho Viejo Rd., #202<br>San Juan Capistrano, CA 92675<br>949-218-4830 | Consulting | | $40,232.73 |
| Mayo Studios, Inc.<br>Attn: Corporate Officer<br>23-02 Forty Ninth Ave.<br>Long Island City, NY 11101 | Mayo Studios, Inc.<br>Attn: Corporate Officer<br>23-02 Forty Ninth Ave.<br>Long Island City, NY 11101<br>718-729-8500<br>714-729-4943<br>www.mayostudios.com | Photos | | $36,420.75 |
| Federal Express Corp<br>Attn: Corporate Officer<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Federal Express Corp<br>Attn: Corporate Officer<br>P.O. Box 7221<br>Pasadena, CA 91109-7321<br>800-622-1147<br>800-548-3020<br>kathy.lau@fedex.com | Shipping to customers etc | | $21,505.26 |

I, Patrick J. McCullagh, the President of W/C Imports, Inc. the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: August 31, 2009

Patrick J. McCullagh, President
Debtor's Signature and Title

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not Applicable**

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Newport Beach___, California

Dated ___August 31___, 2009 _____

_Patrick J. McCullogh_
Debtor

By: Patrick J. McCallugh, President

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name   Marc J. Winthrop – State Bar No. 63218
Winthrop Couchot Professional Corporation

Address   660 Newport Center Dr., 4th Fl.
Newport Beach, CA 92660

Telephone   949-720-4100

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**W/C IMPORTS INC.,** | Case No.<br><br>Chapter 11 |
|---|---|

---

# VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 35 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: August 31, 2009

Patrick J. McCullagh, President
Debtor

W/C Imports Inc.
Attn: Patrick J. McCullagh, Pres.
905 East Katella Ave.
Anaheim, CA 92805


Winthrop Couchot P.C.
Attn: Marc J. Winthrop, Esq.
660 Newport Center Dr., 4th Flr.
Newport Beach, CA 92660


Office of the U.S. Trustee
411 W. Fourth St., #9041
Santa Ana, CA 92701-4593

3PL Transportation, Inc.
Attn: Corporate Officer
2001 E. Dyer Rd., #400
Santa Ana, CA 92705


3PLl Global/T Bowman Grp Lgstcs
Attn: Managing Member
2001 E. Dyer Rd, #400
Santa Ana, CA 92705


**A N S Attn: Corporate Officer**
**127/C Vardhaman Chamber,**
**Kalyan St/Masjid E Mumbai 400 009**
**INDIA MAHARASHTRA**


A.I. Friedman
44 West 18th St
New York, NY 10011


**Aastha Enterpr Atn Corp Ofcr**
**B-4, Nimri Commercial Ctr**
**Ashok Vihar Phase-Iv**
**Delhi 110052, INDIA**


Adaptive Planning, Inc.
Attn: Corporate Officer
2041 Landings Drive
Mountain View, CA 94043

AFS/Ibex Financial Svcs Inc
Attn:  Corporate Officer
P.O. Box 100045
Pasadena, CA 91189-0045


Agility Logistics
Attn:  Corporate Officer
5496 Paysphere Cir
Chicago, IL 60674


Agility Recovery Solutions
Attn:  Corporate Officer
P.O. Box 534404
Atlanta, GA 30353-4404


Air Tiger Express Inc.
Attn:  Corporate Officer
1975 Charles Willard St
Rancho Dominguez, CA 90220


Aire Spring Inc Acct# 01317655
Attn:  Corporate Officer
P.O. Box 7420
Van Nuys, CA 91409-7420


Alan Staschke
549 West 123rd St, Apt 8D
New York, NY 10027

Allen Matkins Leck Gamble et al.
Attn: Managing Partner
1900 Main St, 5th Floor
Irvine, CA 92614-7321


Amtek Computer Services
Attn: Corporate Officer
310 Mcarthur Way, #A
Upland, CA 91786


Amy Hays
6732 Megan Lane
Richland Hills, TX 76180


Amy R. Guijarro
17162 Harbor Bluffs Circle, #D
Huntington Beach, CA 92647


**Anand Exports**
**Attn: Corporate Officer**
**Plot # 128, Sector 29 Huda/**
**Panipat, XX 132103 INDIA**


Anna Yuenkei Wu
59 Skyline Dr.
Staten Island, NY 10304

APM Terminals Pacific Ltd
Attn: Managing Partner/Pier 400
Demurrage Dept/2500 Navy Wy
Terminal Island, CA 90731


Assured Environments
Attn: Corporate Officer
45 Broadway, 8th Flr
New York, NY 10006


AT&T Acc 030-377-7840
Attn: Corporate Officer
P.O. Box 78522
Phoenix, AZ 85062-8522


AT&T Acc 714-634-2002
Attn: Corporate Officer
Payment Center
Sacramento, CA 95887-0001


AT&T Acc 817-485-0080-393-3
Attn: Corporate Officer
P.O. Box 5001
Carol Stream, IL 60197-5001


Autumn Pace
8162 Valencia Drive
Huntington Beach, CA 92647

Avery Dennison
Attn: Corporate Officer
12310 Collection Ctr Dr
Chicago, IL 60693


C.H. Robinson Company
Attn: Corporate Officer
P.O. Box 9121
Minneapolis, MN 55480-9121


C2 Media.Com
Attn: Corporate Officer
423 W. 55th Street
New York, NY 10019


C2 Media.Com
Attn: Alex Raeburn
P.O. Box 100992
Atlanta, GA 30384-0992


Caltek Copy
Attn: Corporate Officer
15082 Eden St
Westminster, CA 92683


Calvin Klein, Inc.
Attn: Corporate Officer
P.O. Box 643632
Pittsburgh, PA 15264-3632

Calvin Klein, Inc.
Attn: Corporate Officer
205 W. 39th St., 4th Flr.
New York, NY 10018


Calvin Walker
1610 N. Broadway, #301
Santa Ana, CA 92706


Catherine S. Spinos
1308 Cadbury Lane
Keller, TX 76248


**China Intl Freight Atn Mng Ptnr**
**Rm10-12,22/F, Golden Business**
**Ctr No.2028 Shennan East Road**
**Luohu Dist XX Shenzhen CH 518007**


Christine T. Nguyen Bui,
8272 Miami Circle
Westminster, CA 92683


Cintas Corporation #640
Attn: Corporate Officer
15541 Mosher St.
Tustin, CA 92780

Cintas Document Management
Attn: Corporate Officer
P.O. Box 633842
Cincinnati, OH 45263-3842


City of Anaheim
Attn: Authorized Agent
PO Box 3069/201 S Anaheim Bl
Anaheim, CA 92803-3069


City Ride Transportation, Inc.
Attn: Corporate Officer
P.O. Box 1338
Long Island, NY 11101


Coffee Distributing Corp.
Attn: Corporate Officer
200 Broadway/P.O. Box 766
Garden CityPark, NY 11040-0604


Comlock Security-Group
Attn: Corporate Officer
302 W. Katella Ave.
Orange, CA 92867


Connolly Bove Lodge & Hutz LLP
Attn: Managing Partner
1007 N Orange St/PO Box 2207
Wilmington, DE 19899

**Contro Moda**
**Attn: Corporate Officer**
**Via XX Setembre**
**Como, IT 10-22100 ITALY**


Core Supply Company LLC
Attn: Managing Member
P.O. Box 27242
Anaheim, CA 92809


Core Supply Company, LLC
Attn: Managing Member
170 Vander St., Unit G
Corona, CA 92880


Cox Communications
Attn: Corporate Officer
P.O. Box 79173
Phoenix, AZ 85062-9173


**Creantes Attn: Corp Officer**
**Corso San Goltardo**
**34-6830 Chiasso**
**SWITZERLAND**


**Creations R Vernet Atn Corp Ofcr**
**15, Quai Jean-Moulin**
**B.P. 20109, 69002 Lyon**
**Cedex, FRANCE**

Creative Images Photography
Attn: Corporate Officer
1401 E. Ball Rd Unit G
Anaheim, CA 92805


Dalton Enterprises, Inc.
Attn: Corporate Officer
555 South Rose Ave.
Anaheim, CA 92805


David Pozzi
621 Rapallo Avenue
San Pedro, CA 90732


Daylyn J. Bishop
706 Redwood Lane
Pacific Grove, CA 93950


Design Options Inc.
Attn: Corporate Officer
110 East Ninth St, #B69
Los Angeles, CA 90079


Design Works International
Attn: Corporate Officer
45 West 36th St, 2nd Flr
New York, NY 10018

**Design-45 Exports PV**
**Attn: Corporate Officer**
**F-301 Lado Sarai, M.B. Road**
**New Delhi, India 110 030**


**Design-45 Exports Pvt Ltd**
**Attn: Managing Partner**
**Plot No 448 Pace City-II/Sector-37**
**Gurgaon 122004, XX INDIA**


Desktop Services Group Inc.
Attn: Corporate Officer
39 West Central Ave.
Maywood, NJ 7607


DHL Express, Inc.
Attn: Corporate Officer
File 30688/PO Box 60000
San Francisco, CA 94160


**Diane Harrison Designs Ltd.**
**Attn: Managing Partner**
**Workshop, Wood St Cheadle**
**Cheshire SK8 1AQ UK**


**Disha Creations Atn Cor Ofcr**
**No 4 Khullar Farm**
**Village Sultanpur/Mehrauli**
**New Delhi, XX 110030 INDIA**

Dynamex Inc.
Attn: Corporate Officer
PO Box 20284 Greeley Sq Sta
New York, NY 10001


Edifice Information Mgmt Sys
Attn: Corporate Officer
107 Riverdale Road
Riverdale, NJ 7457


Falcon Delivery Transport Inc.
Attn: Corporate Officer
535 West 130th St
Los Angeles, CA 90061


Federal Express Corp
Attn: Corporate Officer
P.O. Box 7221
Pasadena, CA 91109-7321


Fedex Freight
Attn: Corporate Officer
Dept LA PO Box 21415
Pasadena, CA 91185-1415


**Five Star Rugs**
**Attn: Corporate Officer**
**90 Sector 25, Huda Indus Area**
**Panipat 132103 Haryan INDIA**

**Francois Bournaud**
**Dessins Textiles**
**3 Rue Lecuirot**
**Paris, 75014 FRANCE**


Gail Gifford
1732 Magnolia Avenue
Ontario, CA 91762


GXS
Attn: Corporate Officer
P.O. Box 31001-0828
Pasadena, CA 91110-0828


Hampton House
Attn: Corporate Officer
905 E. Katella Ave.
Anaheim, CA 92805-6616


Hep Direct, Inc.
Attn: Corporate Officer
P.O. Box 7204
High Point, NC 27264


Herman Indra
25781 Arlington Drive
Laguna Niguel, CA 92677

Home Depot Credit Services
Attn: Corporate Officer
PO Box 6029/Dept 32-2010905598
The Lakes, NV 88901-6029


**Home Innovations**
**Attn: Corporate Officer**
**20, Vowal Kadu, Chennimalai**
**638 051 Tamil Nadu INDIA**


**Hong Mao Glass Co., Ltd.**
**Attn: Managing Partner**
**Yuekeng, Liuxiang, Doumen,**
**Zhuhai XX 519120 CHINA**


**Hsin-Yin Pottery Atn Corp Ofcr**
**Zhong Dun Industrial Area,**
**Bai Zha/Humen, Dongguan City**
**Guangdong, XX CHINA**


**Indokem Overseas Atn Mngng Ptnr**
**No. 30 11th Floor, Salzburg Sq**
**107 Harrington Rd,**
**Chennai 600031 INDIA**


**Influence Team Industrial**
**Attn: Managing Partner**
**2nd Flr No 80 Sec 1/An-Ho Rd**
**Taipei, TAIWAN R.O.C.**

Inovis, Inc.
Attn: Corporate Officer
P.O. Box 198145
Atlanta, GA 30384-8145


Intl Merch Corp Attn: Corp Ofcr
Licensing (Casa Cristina)
1360 East Ninth St, #100
Cleveland, OH 44114-1782


Iron Mountain Records Mgmt
Attn: Corporate Officer
P.O. Box 601002
Los Angeles, CA 90060-1002


Israel D. Vargas,
6852 Rio Grande Dr.
Mira Loma, CA 91752


Jac Calderon De Plata
2866 E. Frontera St. #D
Anaheim, CA 92806


Jeffrey R.Gibbs
789 Glenhart Place
Fallbrook, CA 92028

**Jerome Thilly Dessins**
**Attn: Corporate Officer**
**17, Cours De La Liberte**
**F-69003 Lyon, XX FRANCE**


**Jingjiang Jinshi Textiles Mfg Co Ltd**
**Attn: Mng Ptnr Yuanqu Road**
**Jingcheng Indus Dist Bawei Town**
**Jiangsu, XX CHINA**


John Olsen
9 Coldharbor
Irvine, CA 92620


Jongeun (Gina)Lee
4537 Trevino Way
Buena Park, CA 90621


Jose Olivares
Olivares Pallets
7991 Slate Creek Rd
Corona, CA 92880


Josie Dudouit
16029 Barbata Road
La Mirada, CA 90638

Juan Aguirre
24255 Neece Ave
Torrance, CA 90505


Juan L. Lopez,
448 N. Esplanade St.
Orange, CA 92869


**K. Jenny Tyas**
**22 Kensington St**
**Hyde, Cheshire**
**SK14 5QD, ENGLAND**


K/L Anaheim Prp I c/o Gs Mgmt
Attn: Managing Member
5674 Sonoma Drive
Pleasanton, CA 94566


**Kabadi Shankarsa & Co.**
**Attn: Corporate Officer**
**231 R.T. Street/**
**Bangalore, XX 560053 INDIA**


**Kansal Udyog Attn: CorpOfcr**
**Plot No. 46 Sector 25 Part 2nd**
**HudaPanipat-132103**
**Haryana INDIA**

Kansurath Long
5591 Victoria Falls Pkwy
Chino Hills, CA 91709


Karen L. Ryan,
3358 Wisteria Circle
Costa Mesa, CA 92626


Karen L. Ryan,
904 Helena Circle
Costa Mesa, CA 92626


Kathleen Conway
21-21  45th Avenue
Long Island, NY 11101


Kathleen M. Moore
6 Hickory Trail
Sparta, NJ  07871


**Kenzidane Corp Atn Corp Ofcr**
**859 Esguerra St.**
**Poblacion, Pulilan**
**Bulacan  3005, PHILIPPINE**

Kim Ching-Fen Chen Hilby
6 Star Thistle
Irvine, CA 92604


Kim Stern
1914 Corinth Avenue #105
Los Angeles, CA 90025


KMJ/Corbin & Company
Attn: Corporate Officer
555 Anton Blvd, #1000
Costa Mesa, CA 92626


Konica Minolta BS Atn Corp Ofcr
Acct # 930-0018357-000
P.O. Box 100706
Pasadena, CA 91189-0706


Kuehne + Nagel, Inc.
Attn: Corporate Officer
P.O. Box 100528
Pasadena, CA 91189-0528


L.T.S. Design Service Corp.
Attn: Corporate Officer
8 West 36th St, 6th Flr
New York, NY 10018

Laboni Collections Atn Corp Ofcr
Plot # 1868 "I" Block/26th Street,
Anna Nagar West
Chennai, IN 600 040 INDIA


Lakshmi Handicrafts
Attn:  Corporate Officer
A-56/10 Dlf City-1/
Gurgaon, India, 122 002 INDIA


Lauren Messelian
95 Worth Street, #6K
New York, NY 10013


Leo & Yosshi Atelier, LLC
Attn:  Managing Member
276 Fifth Ave, #401
New York, NY 10001


Lyndon Group
Attn:  Corporate Officer
220 Newport Ctr Dr #11-529
Newport Beach, CA 92660


Manhattan Properties Co
Attn:  Corporate Officer
295 Fifth Avenue
New York, NY 10016-7103

Martha A. Rodriguez
4002 W. 5th St. #102
Santa Ana, CA 92703


Martin Carmen Luz Del
1233 S. Corta
Santa Ana, CA 92704


Mary Beth Osborne
9231 Shannon Ave.
Garden Grove, CA 92841


Mary Jane Vargas
1700 W. Cerritos Ave.,#279
Anaheim, CA 92804


**Mass Corp Ltd Atn  Mngng Ptnr**
**Feng Ye Handicrafts Co. Ltd**
**Huabianling Park, Xinxu Town**
**Huizhou City GUANGDONG CHINA**


Mayo Studios, Inc.
Attn:  Corporate Officer
23-02 Forty Ninth Ave
Long Island Cty, NY 11101

Metlife SBC Atn Corp Ofcr
PO Box 804466
Group #KM05573917 0001
Kansas City, MO 64180-4466


Michelle Cunningham
7 Prospect Park S.W.
Brooklyn NY 11215


Michelle Miller
102-25 67th Dr. Apt #2E
Forest Hills, NY 11375-2801


Mobile Mini, Inc.
Attn: Corporate Officer
P.O. Box 79149
Phoenix, AZ 85062-9149


Modernage Photo Service
Attn: Corporate Officer
9532 Blackley Street
Temple City, CA 91780


Momentum Logistics Corp.
Attn: Corporate Officer
13353 Alondra Blvd., #212
Santa Fe Spring, CA 90670

Monica Espinosa
2424 Associated Road #A
Fullerton, CA 92835


Monique Lhuillier Licensing LLC
Attn: Managing Member
1201 S. Grand Ave, 3rd Flr
Los Angeles, CA 90015


MPower Communications
Attn: Corporate Officer
P.O. Box 60767
Los Angeles, CA 90060-0767


MSLO Emeril Acq Sub LLC
Attn: Managing Member
P.O. Box 65230
Charlotte, NC 28265-5230


Myoung Sook Chung
33 Gold Street #426
New York, NY 10038


Naomi Rosenblau
365 West 28th St., Apt. 18C
New York, NY 10001

National Benefit Services LLC
Attn: Managing Member
PO Box 698/8523 S Redwood Rd
West Jordan, UT 84088


New Image
Attn: Corporate Officer
917 East Katella Ave.
Anaheim, CA 92805


New Image, Inc.
Attn: Corporate Officer
P.O. Box 25446
Anaheim, CA 92805


Office Depot
Attn: Corporate Officer
P O Box 70025
Los Angeles, CA 90074-0025


Orange County
Treasurer Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


Orkin Pest Control
Attn: Corporate Officer
12710 Magnolia Ave.
Riverside, CA 92503-4620

Palettex Ltd.
Attn: Managing Partner
37 W 26th St, 4th Flr, Rm 410
New York, NY 10010


**Paradigm International**
**Attn: Corporate Officer**
**157 A M.G. Rd/Bharathi Nagar**
**Karur 639002, INDIA**


**Parameswari Textiles**
**Attn: Corporate Officer**
**1-B Kulathupalayam Road/**
**Vengamedu, KARUR INDIA**


Patrick J. McCullagh,
6 Gray Stone Way
Laguna Niguel, CA 92677


Paul Schmitt
1802 Summerview Ct
Woodstock, GA 30189


Periscope
Attn: Corporate Officer
110 E. 9th St, #B1145
Los Angeles, CA 90079-1300

Phoenix-PDQ Inc.
Attn: Corporate Officer
P.O. Box 990
Paramount, CA 90723-0990


Pitney Bowes Glbl Fin Srv Res Acc
Attn: Corporate Officer
P.O. Box 856056
Louisville, KY 40285-6056


Progress Software
Attn: Corporate Officer
P.O. Box 84-5828
Boston, MA 02284-5828


Rackspace Managed Hosting
Attn: Corporate Officer
P.O. Box 730759
Dallas, TX 75373-0759


Rafael R. Garcia
1300 N. Shaffer, Apt. 39
Orange, CA 92867


Rebecca Flynn
1635 E. Walnut
Springfield, MO 65802

Replicon, Inc.
Attn: Corporate Officer
Dept Ch 19113
Chicago, IL 60055-9113


Rescue Rooter
Attn: Corporate Officer
1085 N. Main St., #C
Orange, CA 92867


Rimco Air Conditioning Co Inc
Attn: Corporate Officer
35-57 9th St
Long Island City, NY 11106


**Royal Doulton Limited**
**Attn: Managing Partner**
**Barlaston/Stoke On Trent**
**XX ST12 9ES UK**


Rutan & Tucker LLP
Attn: Managing Partner
611 Anton Blvd, #1400
Costa Mesa, CA 92626


Sergio Giacomel
P.O. Box 752
La Jolla, CA 92038-0752

**Shades Of India**
**Attn:  Corporate Officer**
**A-84, Sector - 57/Noida**
**India, UP 201301 INDIA**


Shauna Gallager
44 Huntting St
South Hampton, NY 11968


Sherry D. McCloskey
18 Wakefield Ave.
Port Washington, NY 11050


Soon Sil Park
52 Pathway
Irvine, CA 92618


Spectrum Security Sys Inc
Attn:  Corporate Officer
302 W. Katella Ave
Orange, CA 92867


Stanley L. Makovsky
dba Stan Lee Marketing
3 Littleton Road, #2
Westford, MA 1886

Staples, Inc.
Attn: Corporate Officer
Dept 00-01758028/PO Box 6721
The Lakes, NV 88901-6721


State Disbursement Unit
Attn: Authorized Agent
P.O. Box 989067
West Sacramento, CA 95798


Steve Rausch
494 Costa Mesa St
Costa Mesa, CA 92627


STR Responsible Sourcing
Attn: Corporate Officer
5777 W Century Bl, #1790
Los Angeles, CA 90045


Strategic Stfg Alince/LSQ Fndg Grp
Attn: Corporate Officer
P.O. Box 809209
Chicago, IL 60680-9209


**Sunvim Group Co., Ltd.**
**Attn: Managing Partner**
**No. 1 Furi Street/Gaomi**
**Shandong, XX CHINA**

Tabletops Unlimited, Inc.
Attn: Corporate Officer
23000 Avalon Blvd.
Carson, CA 90745


Tammy Granger
284 Highland Ave
Upper Montclair, NJ 07043


Technology Engnrs & Archtcs
Attn: Managing Member
109 N 5th Street
Saddle Brook, NJ 07663


Tessa Chung
7002 Betty Drive
Huntington Beach, CA 92647


Textile Creations by Lily Inc
Attn: Corporate Officer
545 Eight Ave, #540
New York, NY 10018


The CIT Group/Comm'l Svcs
Attn: Corporate Officer
300 S. Grand Ave., 2nd Fl.
Los Angeles, CA 90071-3109

The Hartford
Attn: Corporate Officer
P.O. Box 2907
Hartford, CT 06104-2907


Tie Commerce
Attn: Corporate Officer
24 New England/Executive Pk
Burlington, MA 1803


Tim Bynon
4119 E. Townsend
Orange, CA 92867


Topflight Lift Truck Services
c/o Wayman Longley III
211 S. State College, #303
Anaheim, CA 92806


Trivista Asia Group, LLC
Attn: Managing Member
31461 Rancho Viejo Rd, #202
San Juan Capistrano, CA 92675


Turner Brothers Transport
Attn: Corporate Officer
PO Box 706
Hawthorne, CA 90251-0067

Uline
Attn: Corporate Officer/Acc Rec
2200 S. Lakeside Drive
Waukegan, IL 60085


Union Security Insurance Co
Attn: Corporate Officer
P.O. Box 806644-1
Kansas City, MO 64180-6644


UPS Supply Chain Solutions Inc
Attn: Corporate Officer
28013 Network Place
Chicago, IL 60673-1280


Verizon Acct # 212-696-1227
Attn: Corporate Officer
P.O. Box 15124
Albany, NY 12212-5124


Verizon Conf/MCI Worldcom Ntwk
Attn: Corporate Officer
Dept. CH 10305
Palatine, IL 60055-0305


Verizon Wrls Acc 360290505-00001
Attn: Corporate Officer
P.O. Box 9622
Mission Hills, CA 91346-9622

Versailles Hme Txtl Cty Gr/Coml Svc
Attn:  Corporate Officer
P.O. Box 1036
Charlotte, NC 28201-1036


Vistage 685
Attn:  Corporate Officer
3175 Sedona Court, #A
Ontario, CA 91764-6561


**Vrijesh Corporation**
**Attn:  Corporate Officer**
**31-A, Mittal Chambers/Nariman Pt**
**Mumbai 400 021, XX INDIA**


W.B. Mason Co., Inc.
Attn:  Corporate Officer
P.O. Box 55840
Boston, MA 02205-5840


Waterford Crystal
Attn:  Corporate Officer
P.O. Box 8500
Philadelphia, PA 19178-1650


Waterford Linens
Attn:  Corporate Officer
905 E. Katella Ave.
Anaheim, CA 92805-6616

Wells Fargo Health Benefit Svcs
Attn: Corporate Officer
Trust Oper-NW 5159/PO Box 1450
Minneapolis, MN 55485-5159


West Coast Feather & Down
Attn: Managing Member
3214 Mines Ave
Los Angeles, CA 90023


Whitey's Hardware & Paint
Attn: Corporate Officer
244 Fifth Avenue
New York, NY 10001


Wilton Court
Attn: Corporate Officer
905 E. Katella Ave.
Anaheim, CA 92805-6616


WWRD
Attn: Corporate Officer
1330 Campus Parkway
Wall, NJ 07719


**Yiteng Trading Attn: Mngng Ptnr
Rm 502-504,Office Block Intl
Equatorial Hotel 65 Yan'an Rd W
Shanghai 200040 CHINA**

**You Bang Crftwk Prdcts Factory**
**Attn:  Corporate Officer**
**Gucun Ind Aree Dajing Houjie Twn**
**Dongguan Cty Guengdong Prv CHINA**


YRC
Attn:  Corporate Officer
P.O. Box 100129
Pasadena, CA 91189-0129