```
 1  PETER C. ANDERSON
    United States Trustee
 2  FRANK M. CADIGAN (Bar No. 95666)
    Assistant United States Trustee
 3  OFFICE OF THE UNITED STATES TRUSTEE
    RONALD REAGAN FEDERAL BUILDING &
 4      U.S. COURTHOUSE
    411 W. Fourth Street, Ste. 9041
 5  Santa Ana, CA 92701-8000
    Telephone:  (714) 338-3400
 6  Facsimile:  (714) 338-3421

 7

                   UNITED STATES BANKRUPTCY COURT
 8                 CENTRAL DISTRICT OF CALIFORNIA
                        SANTA ANA DIVISION
 9

10  In Re:                    )  CHAPTER 11
                              )  CASE NO.: 8:09-19622-ES
11  W/C IMPORTS, INC.,        )
                              )  AMENDED APPOINTMENT AND
12                            )  NOTICE OF APPOINTMENT OF
                              )  COMMITTEE OF CREDITORS
13                            )  HOLDING UNSECURED CLAIMS
                              )
14             Debtor(s).     )  NO HEARING REQUIRED
                              )
15
         The Committee of Creditors Holding Unsecured Claims is hereby
16
    amended to remove the following member: **NEW IMAGE, INC.** and
17
    appoint the following additional member(s): **K/L ANAHEIM PROPERTIES
18
    I, LLC** and **AIR TIGER EXPRESS (USA), INC.**
19
         The Committee of Creditors Holding Unsecured Claims now
20
    consists of four (4) members as follows:
21
                        SEE EXHIBIT A ATTACHED
22
    DATED: 10/8/09              Respectfully submitted,
23                              OFFICE OF THE UNITED STATES TRUSTEE

24
                                /s/ Frank M. Cadigan
25                              FRANK M. CADIGAN
                                Assistant United States Trustee
26

27

28
```

```
 1 | IN RE:    W/C IMPORTS, INC.
   | CASE NO.: 8:09-19622-ES
 2 |
 3 | STRATEGIC STAFFING ALLIANCE
   | ATTN: SANJAY SYAL
 4 | 2024 W. LINCOLN AVE., #8
   | ANAHEIM, CA 92801
 5 | TEL: (661) 874-7750
   | FAX: (714) 817-7488
 6 |
 7 | CORE SUPPPLY
   | ATTN: PAUL BICKFORD
 8 | 170 VANDER ST., UNIT G
   | CORONA, CA 92880
 9 | TEL: (951) 734-2321
   | FAX: (951) 340-9635
10 |
11 | K/L ANAHEIM PROPERTIES I, LLC
   | ATTN: JONATHAN M. BRANDLER
12 | c/o HILL, FARREK & BURRILL
   | 300 S. GRAND AVE., 37TH FLOOR
13 | LOS ANGELES, CA 90071
   | TEL: (213) 621-0800
14 | FAX: (213) 624-4840
15 |
   | AIR TIGER EXPRESS (USA), INC.
16 | ATTN: KELLY LU
   | 1975 CHARLES WILLARD ST.
17 | RANCHO DOMINGUEZ, CA 90220
   | TEL: (310) 637-0198 X145
18 | FAX: (310) 637-6727
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |                                        EXHIBIT A
28 |
```

| In re: W/C IMPORTS, INC., | Debtor(s). | CHAPTER 11 |
|---|---|---|
| | | CASE NUMBER 8:09-19622-ES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
411 WEST FOURTH ST., #9041, SANTA ANA, CA 92701.

The foregoing document described as **AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 8, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Garrick A Hollander   sconnor@winthropcouchot.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop   pj@winthropcouchot.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 8, 2009,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**W/C Imports Inc.,** 905 East Katella Avenue, Anaheim, CA 92805

_____Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 8, 2009,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Erithe Smith -- Bin outside Rm. 5097

_____Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/8/09 | DINAH GROSCH | /s/ Dinah Grosch |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           **F 9013-3.1**